IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISVISION
File No. 5:16-CR-120-FL-1

UNITED STATES OF AMERICA

v.

SARAH MOLLENHAUER                          **ORDER**

        Defendant.

        This matter is before the Court on Defendant's Motion to Continue Sentencing Hearing

(Filed Under Seal).

        FOR GOOD CAUSE SHOWN, the Motion is ALLOWED.  The Motion filed at D.E. 43

shall be sealed.

        SO ORDERED.

        This the 28th day of _____March_____, 2017.


                                    _____
                                    LOUISE W. FLANAGAN
                                    United States District Judge