IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISVISION
File No. 5:16-CR-120-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARAH MOLLENHAUER<br><br>Defendant. | **ORDER** |

This matter is before the Court on Defendant's Motion to Seal Motion for Extension of Time to Submit Objections to the Presentence Report.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Motion filed at D.E. 52 shall be sealed.

SO ORDERED.

This the 7th day of _____ August _____, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge