IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISVISION
File No. 5:16-CR-120-FL-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| SARAH MOLLENHAUER | **ORDER** |
| Defendant. | |

This matter is before the Court on the Defendant's Motion to Seal Motion to Continue Sentencing Hearing.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Motion filed at D.E. 59 shall be sealed.

SO ORDERED.

This the  14th  day of      September         , 2017.

_____
LOUISE W. FLANAGAN
United States District Judge