IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISVISION
File No. 5:16-CR-120-FL-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| SARAH MOLLENHAUER | |
| Defendant. | |

This matter is before the Court on Defendant Mollenhauer's Motion to Seal Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Memorandum filed at Docket Entry 69.

SO ORDERED.

This the 28th day of September, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge